UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARIAH MILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-1001 (CKK) |
| ) | |
| DAVID REITMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING LEAVE TO AMEND DEFECTIVE COMPLAINT**

Plaintiff, appearing *pro se*, has submitted a narrative captioned "Complaint," ECF No. 1. Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). Although a *pro se* litigant's pleadings are held to less stringent standards than would be applied to formal pleadings drafted by counsel, even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). The Rule 8 standard ensures fair notice to the defendant of the claim being asserted so that it can prepare a responsive answer, mount an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). Plaintiff's submission does not satisfy the foregoing pleading requirements.

Accordingly, it is **ORDERED** that by **no later than MAY 12, 2022**, Plaintiff shall file a clearly captioned "Amended Complaint," with the following general rules of pleading in mind.

(1) Rule 8(a) requires a "short and plain statement" of each claim showing the pleader's entitlement to relief, and "a demand" for such relief.

(2) Rule 8(d) requires that each factual allegation "be simple, concise, and direct."

(3) Rule 10(b) requires a plaintiff to state his claims "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." To "promote clarity," moreover, "each claim founded on a separate transaction or occurrence" should (1) "be stated in a separate count" of the complaint (e.g., Count I: Violation of Due Process Rights; Count II: Retaliation), and (2) restate or incorporate by reference the supporting factual allegations.

Plaintiff is hereby advised that the Amended Complaint will serve as the only operative complaint; therefore, Plaintiff should include all intended claims and name all intended defendants. Failure to comply with this order may result in dismissal of the case under Fed. R. Civ. P. 41(b) and LCvR 83.23, for failure to comply with a court order and/or failure to prosecute.

*The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.*

                                            /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge

Date: April 12, 2022