

## Notice of My Lawsuit Against You

**zachmillsisawesome@gmail.com** <zachmillsisawesome@gmail.com>  Tue, Jun 28, 2022 at 8:10 AM
To: crwford@american.edu

Mr./Ms. Carol Crawford:

I have filed a lawsuit against you and several other defendants in the United States District Court for the District of Columbia. Please review the attached documents, which include a summons, a notice of a lawsuit and request to waive service of a summons, a complaint, and an amended complaint.

After reviewing the documents, please preserve all evidence relevant to the lawsuit.

If you are unwilling to waive service of the summons, please let me know as soon as possible.

If a counsel will represent you in the lawsuit, I ask that you inform me so as soon as possible, along with your counsel's contact information.

Zachariah Mills

---

**Zach Mills** <zachmillsisawesome@gmail.com>  Tue, Jun 28, 2022 at 8:45 AM
To: crwford@american.edu

[Quoted text hidden]

---

**3 attachments**


**Carol Crawford.pdf**
746K


**amended complaint.pdf**
6120K


**complaint.pdf**
10487K

|  |  | Sent from Account A | | | |
| --- | --- | --- | --- | --- | --- |
| Defendant Name | Recipient Email - Fn. 3 | Date of Transmission | Time of Transmission | Auto Reply Receievd? | Manual Reply Received by 7/6/2022? |
| American University | tbyrd@american.edu General Counsel | 6/29/2022 | 11:52 PM | No | No |
| Daniel Esser | ajdhali@dhalilaw.com – Fn.1 esser@american.edu esser@alum.mit.edu | Fn. 2 | Fn. 2 | No | No |
| Sharon Weiner | skweiner@american.edu | 6/28/2022 | 8:10am; 8:44am (attachments) | No | No |
| Boaz Atzili | atzili@american.edu | 6/28/2022 | 8:10am; 8:44am (attachments) | No | No |
| Christine Chin | cchin@american.edu | 6/28/2022 | 8:10am; 8:44am (attachments) | No | No |
| Carolyn Gallaher | caroleg@american.edu | 6/28/2022 | 8:10am; 8:44am (attachments) | No | No |
| Jaris Williams | jarisw@american.edu | 6/28/2022 | 8:10am; 8:44am (attachments) | No | No |
| Mary Clark | Mary.Clark@du.edu | 6/28/2022 | 8:10am; 8:44am (attachments) | No | No |
| Traci Callandrillo | callandr@american.edu | 6/28/2022 | 8:10am; 8:45am (attachments) | No | No |
| Fanta Aw | fanta@american.edu | 6/28/2022 | 8:10am; 8:45am (attachments) | No | No |
| Carol Crawford | crwford@american.edu | 6/28/2022 | 8:10am; 8:45am (attachments) | No | No |
| Jeffery Brown | jtbrown@american.edu | 6/28/2022 | 8:10am; 8:45am (attachments) | No | No |
| Eleni Ekmektsioglou | eleni.ekmektsioglou@american.edu | 6/28/2022 | 8:10am; 8:46am (attachments) | No | No |
| Luciana Storelli-Castro | storelli.castro@gmail.com | 6/28/2022 | 8:10am; 8:46am (attachments) | No | No |
| Manaswini Ramkumar | mr2976a@american.edu | 6/28/2022 | 8:10am; 8:47am (attachments) | No | No |
| Marcelline T. Babicz | mbabicz@american.edu | 6/28/2022 | 8:10am; 8:44am (attachments) | No | No |

|  |  | Sent from Account B | | | |
| --- | --- | --- | --- | --- | --- |
| Defendant Name | Recipient Email | Date of Transmission | Time of Transmission | Auto Reply Receievd? | Manual Reply Received by 7/6/2022? |
| American University | tbyrd@american.edu General Counsel |  |  |  | No |
| Daniel Esser | ajdhali@dhalilaw.com – Fn.1 esser@american.edu esser@alum.mit.edu |  |  |  | No |
| Sharon Weiner | skweiner@american.edu | 6/30/2022 | 12:48pm | No | No |
| Boaz Atzili | atzili@american.edu | 6/30/2022 | 12:49pm | No | No |
| Christine Chin | cchin@american.edu | 6/30/2022 | 12:49pm | No | No |
| Carolyn Gallaher | caroleg@american.edu | 6/30/2022 | 12:49pm | No | No |
| Jaris Williams | jarisw@american.edu | 6/30/2022 | 12:49pm | No | No |
| Mary Clark | Mary.Clark@du.edu | 6/30/2022 | 12:48pm | No | No |
| Traci Callandrillo | callandr@american.edu | 6/30/2022 | 12:48pm | No | No |
| Fanta Aw | fanta@american.edu | 6/30/2022 | 12:48pm | No | No |
| Carol Crawford | crwford@american.edu | 6/30/2022 | 12:48pm | No | No |
| Jeffery Brown | jtbrown@american.edu | 6/30/2022 | 12:48pm | No | No |
| Eleni Ekmektsioglou | eleni.ekmektsioglou@american.edu | 6/30/2022 | 12:48pm | No | No |
| Luciana Storelli-Castro | storelli.castro@gmail.com | 6/30/2022 | 12:48pm | No | No |
| Manaswini Ramkumar | mr2976a@american.edu | 6/30/2022 | 12:47pm | No | No |
| Marcelline T. Babicz | mbabicz@american.edu | 6/30/2022 | 12:48pm | No | No |

Fn  1 Esser's Attorney for 2020 CA 3770 B in D C  Super  Ct

Fn  2 Sent to Esser's attorney at ajdhali@dhalilaw com on 6/29/22 at 11:51 P M  The attorney indicated for the first time he does not represent Esser in the federal case  I then send again to esser@american edu and esser@alum mit edu on 6/30/22 at 12:25 A M

Fn  3 I sent the emails to the defendants' non-AU email addresses if I have them (bolded); otherwise, I sent the emails to the defendants' @american edu work email addresses listed on AU website

Exhibit 2 For 1:22-cv-01001
Pg. 1/1 Date:7/7/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

## Notes

**Category**
Student contact

**Subject and Date**
Student Meeting on 10/29/19

**Body**
Williams met with Mills on 10/29/2019. Williams provided hard copies of the care reports listed below. The reports that were disseminated did not include anything prior to fall 2019, as Zach was requesting his records that led to me initiating the CIT officer wellness check:

During this meeting, I read through each individual submission with Zach and explained why I decided to initiate the wellness check. Based on the report contents, Zack explained that he understood why the wellness checks were initiated (although he vehemently disagreed with the contents of the submissions by faculty). The meeting lasted for about an hour.

1. Care Report # CO1645-2019 (Boaz Atzili)

2. Care Report# CO1646-2019 (Susanna Campbell)

3. Care Report# CO1647-2019 (Sharon Weiner)

4. Care Report# CO1636-2019 (David Reitman)   *Williams did not provide this Care Report to Mills on 10/29/19.*

Jaris

**Author**
Jaris Williams

**Posted**
6 months ago (June 24, 2020 7:19 PM)

Exhibit 6 For 1:22-cv-01001
Pg. 1/1 Date:7/6/22
Plaintiff Comment in Orange
Material Excluded Persuant to
Judge CKK Procedure 10(D). ECF 5.

https://american-advocate.symplicity.com/utils/printCareReport.php/pid209528?_batch_print=1&sesskey=adf8eb323d46ce2a7135f26d7ed8fe3e:stud…



## FW: FERPA Complaint - Access (20-0378)

**Koumare, Tracy** <Tracy.Koumare@ed.gov>  Tue, Jan 5, 2021 at 12:57 PM
To: Zach Mills <zachmillsisawesome@gmail.com>

Per your request here is the forwarded email.

Sincerely,

Tracy Koumaré

Education Privacy Policy Analyst

Student Privacy Policy Office

Office of Planning, Evaluation and Policy Development

U.S. Department of Education

202.453.6557

tracy.koumare@ed.gov

---

**From:** Justin Perillo <perillo@american.edu>
**Sent:** Tuesday, January 5, 2021 12:56 PM
**To:** Koumare, Tracy <Tracy.Koumare@ed.gov>
**Subject:** FW: FERPA Complaint - Access (20-0378)

Tracy:

Thanks for your email.  Ms. Womack's email is below.

Justin

Exhibit 4 For 1:22-cv-01001
Pg. 1/4 Date:7/6/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

Justin A. Perillo, Esq.
Associate General Counsel
American University
Office of General Counsel
4400 Massachusetts Ave., NW
Washington, DC 20016
Phone: 202-885-3292
Fax:  202-885-3273

**From:** Juanita Womack <jwomack@american.edu>
**Date:** Wednesday, November 25, 2020 at 8:02 AM
**To:** Justin Perillo <perillo@american.edu>, Jeffrey Brown <jtbrown@american.edu>
**Subject:** FW: FERPA Complaint - Access (20-0378)

**From:** Juanita Womack
**Sent:** Monday, November 23, 2020 9:24 AM
**To:** zachmillsisawesome@gmail.com
**Subject:** FERPA Complaint - Access (20-0378)

allegedly sent email re. FERPA access

Dear Mr. Mills:

I wanted to let you know that on November 9, 2020, the University received the attached FERPA complaint that you filed with the Department of Education.

The University promptly reached out to the Department of Education and provided information and correspondence that the University had previously provided you the education records that the University maintains related to the incident that you referenced.  Specifically, you met with Assistant Dean of Students, Jaris Williams, on October 29, 2019.  During that meeting, Dean Williams read through each record with you.  You were specifically able to review and were provided actual copies of the following documents:

1. Care Report # CO1645-2019

2. Care Report# CO1646-2019

3. Care Report# CO1647-2019

Exhibit 4 For 1:22-cv-01001
Pg. 2/4 Date:7/6/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

4. Care Report# CO1636-2019   *Dr. Reitman Care Report*

In addition, when you reached out to the University's Registrar's Office on May 4, 2020 to make the same request to access these records. The Registrar's Office did confer and confirm with the Office of the Dean of Student that you were provided access to and copies of these records. The Registrar's Office communicated this to you on May 5, 2020 that you were already provided access to these records including "Threat Assessment records."

==The University informed the Department of Education that we would respond directly to you and provide the above information that you have been provided access to these records.== If you would like to access these records again, please let our office know and will coordinate access.

Sincerely,

Juanita Womack

University Registrar

American University

202-885-2010 (office)

267-760-6040 (cell)

jwomack@american.edu

---

**Zach Mills** <zachmillsisawesome@gmail.com>                Tue, Jan 5, 2021 at 1:44 PM
To: "Koumare, Tracy" <Tracy.Koumare@ed.gov>   *My attempt to authenticate the alleged 11/23/20 email*

Thank you Ms. Koumare,
I still cannot see meta-data proving that Juanita Womack sent the 11/23/20 letter to me. I attached the meta-data of your last email to me as an example (the pdf attachment), which only proves that you sent an email to me today; it does not show that Juanita Womack sent me an email on 11/23/20. As you can see from the attached PDF, the meta-data is much harder to fake than the text within an email. Gmail explains that:

- "SPF helps servers verify that messages appearing to come from a particular domain are sent from servers authorized by the domain owner.
- DKIM adds a digital signature to every message. This lets receiving servers verify that messages aren't forged, and weren't changed during transit.

*Exhibit 4 For 1:22-cv-01001*
*Pg. 3/4 Date:7/6/22*
*Plaintiff Comment in Orange*
*Material Irrelevant to Main Document Excluded*
*See Judge CKK Procedure 10(D). ECF 5.*

- DMARC enforces SPF and DKIM authentication, and lets admins get reports about message authentication and delivery."

To resolve this issue, would you please ask Juanita Womack to send you the .eml file of her supposed 11/23/20 letter to me? I attached a .eml file as an example. The .eml file would have the meta-data.

To download the .eml file within Gmail (which AU uses), follow Google's instructions here: open the desired email (in this case the 11/23/20 letter in Junita Womack's "sent" folder), Next to Reply ↩, click More ⋮ > Show original.
Then, click "Download original".

Thank you.

[Quoted text hidden]

Exhibit 4 For 1:22-cv-01001
Pg. 4/4 Date:7/6/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

Case 1:22-cv-01001-CKK   Document 9-1   Filed 07/07/22   Page 8 of 8

Exhibit 5 For 1:22-cv-01001
Pg. 1/1 Date:7/6/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

Original Message

| | |
|---|---|
| Message ID | <DM6PR09MB5303126F31A84B49A59F2A7192D10@DM6PR09MB5303.namprd09.prod.outlook.com> |
| Created at: | Tue, Jan 5, 2021 at 12:57 PM (Delivered after 1 second) |
| From: | "Koumare, Tracy" <Tracy.Koumare@ed.gov> |
| To: | Zach Mills <zachmillsisawesome@gmail.com> |
| Subject: | FW: FERPA Complaint - Access (20-0378) |
| SPF: | PASS with IP 40.107.91.79  Learn more |
| DKIM: | 'PASS' with domain ed.gov  Learn more |
| DMARC: | 'PASS'  Learn more |

*SPF, DKIM, DMARC are commonly deployed email security standards that authenticate emails in order to prevent spoofing or phishing. @American.edu also deploys the three standards. See next page for an example of emails from AU employees.*

Download Original                                    Copy to clipboard

*Below is the email in its native format (truncated for brevity), which contains metadata that enable authentication to some extent.*

```
Delivered-To: zachmillsisawesome@gmail.com
Received: by 2002:a1c:1fd0:0:0:0:0:0 with SMTP id f199csp322410wmf;
        Tue, 5 Jan 2021 09:57:46 -0800 (PST)
X-Google-Smtp-Source: ABdhPJx4v+FUlDIj9gRWPu7tybp8Wrn2pvRWvx6OoqeeAx2GYcKotZrhb7fLPgpPGv4UXF61cMTu
X-Received: by 2002:a54:400d:: with SMTP id x13mr509471oie.81.1609869465977;
        Tue, 05 Jan 2021 09:57:45 -0800 (PST)
ARC-Seal: i=2; a=rsa-sha256; t=1609869465; cv=pass;
        d=google.com; s=arc-20160816;
        b=D3MLJm0IUlxueNomEaB7T2Wx7qyf/RUg5IEfsmEvYth/q77Pj7/25E8nqENghr6v1X
         HUagmOy60RSJugZOy8FXmXZUagPUthyu4aG47U4qVPniVJwUsBNJQ6DYMBZqtLdS+WdY
         wKIWMImWMmK/7Sul1m/G77zpRyEpNO+lAs5Z042XyMK3M+HrrWxVhLT4U7HdNsInb21M
         oaYo4FLaGLrmX/jRqD83WM7ddZOcNov1P46iI5Fxr5Jc60PYBqPmjvZGy2NH+oqEOWxu
         CF5YBl14263qzrba7Y2hFzxQlsDbXTSHrJOdiw8ScRkNIroDmGf8kiXUtqR1K3+TP1ni
         3+pw==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-
20160816;
        h=mime-version:content-language:accept-language:in-reply-to
         :references:message-id:date:thread-index:thread-topic:subject:to
         :from:dkim-signature;
        bh=5cxNeoor2ZLOyrZtLDy5A3JtLRrvIjoSLQW5G5Tw4Xw=;
        b=X0BlAF6t9YYq0sBuW7QeH0Yw1cvMEO8gAgvcwuh7nap1t4wG7kDL6p4KNzqnGRnKJ+
         A+xnJ8Aw+dz1MVahGaWWChEbTP50Q4/yqCPTlxQzQuCRlPiF9myx7scVsVBNvASfKeu4
         OeCgmEadOR18xv1+g0EgDaJtlDN2aum4STCPXEXeYYy8KojwNLf61clwCfwB14BijzrT
         seJvLTGEZYuyIgqY+0J/DcHyZMYValfj6r6gmdqiEZ7zK/j7FZinwuab3Q/MZh4LJOPa
         qGTs2o8YniSEFr1InWf/GW96dQaGJo6K/XFB/90kMy0VSI5u3ZMojyOiJONm7xeYVH2B
         JAFA==
ARC-Authentication-Results: i=2; mx.google.com;
       dkim=pass header.i=@ed.gov header.s=selector1 header.b=Zf5ptfS2;
       arc=pass (i=1 spf=pass spfdomain=ed.gov dkim=pass dkdomain=ed.gov
```