UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARIAH MILLS,<br>　　　　Plaintiff<br><br>　　v.<br><br>AMERICAN UNIVERSITY, *et al.*,<br>　　　　Defendants | Civil Action No. 22-1001(CKK) |

**RULE 4(m) ORDER**
(July 25, 2022)

Plaintiff Zachariah Mills, who proceeds *pro se*, filed the Original Complaint in this action on March 31, 2022 against Defendants American University and David Reitman. *See* Compl., ECF No. [1]. On April 12, 2022, upon determining that Plaintiff's Original Complaint failed to comply with the pleading requirements of Federal Rule of Civil Procedure 8, the Court ordered Plaintiff to file an Amnded Complaint by no later than May 12, 2022. *See* Order Granting Leave to Amend Defective Complaint, ECF No. [4].

On May 23, 2022, Plaintiff filed an [6] Amended Complaint against Defendants American University and a number of individual defendants associated with American University.[1] *See* Am. Compl. ¶¶ 930–46. Although Plaintiff did not comply with the Court's deadline to file a Amended Complaint, the Court shall nonetheless accept Plaintiff's Amended Complaint as the operative complaint in this action. *However,* the Court notes that *pro se* plaintiffs are not excused from complying with Court orders, the Federal Rules of Civil Procedure, or this jurisdiction's local rules.

As of the date of this Order, the public docket reflects that Plaintiff has yet to file proof of service of Defendants. In this regard, the Court directs Plaintiff's attention to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1). In order to avoid the finality of a mandatory dismissal of this action against Defendant, it is, this 25th day of July, 2022, hereby **ORDERED** that, by

---

[1] Plaintiff's Amended Complaint no longer names David Reitman as a defendant.

1

no later than **AUGUST 23, 2022**, Plaintiffs must either cause process to be served upon Defendants and proof of service to be filed with the Court or establish good cause for the failure to do so.  Failure to make such filings will result in dismissal of this case.

It is further **ORDERED** that, in light of this Order directing Plaintiff to effectuate service of process by no laer than August 23, 2022, Plaintiff's [9] Motion for Extension of Time to Serve Summons is **DENIED without prejudice**.

*The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.*

**SO ORDERED.**

                                                       /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge