## U.S. District Court for the District of Columbia

| | |
|---|---|
| Zachariah Mills (pro se) | |
| Plaintiff, | Case Number (1:22-cv-01001) |
| v. | C.K.K. |
| American University, et al. | JURY TRIAL DEMANDED |
| Defendants. | |

### Affidavit of Zixiang Sun

Pursuant to 28 U.S.C. § 1746, I, Zixiang Sun, declare under the penalties of perjury as follows on personal knowledge.

1. I am over the age of 18, and I am competent to make the statements below.

2. The exhibits I attached to this affidavit are genuine.

3. I assist Mr. Zachariah Mills in serving Court-issued summons on Defendants.

4. Via USPS Certified Mail, on August 16, 2022, I mailed certain Defendants: [1] the Court-issued summons for each Defendant; [2] ECF 1 (Complaint); and [3] ECF 5 (Order Establishing Procedures).

5. I requested both [1] Restricted Delivery[1] and [2] an Electronic Return Receipt for each of the above-referenced Certified Mail.

---

[1] USPS: "Restricted Delivery permits the mailer to direct delivery only to the addressee or the addressee's authorized agent."
https://faq.usps.com/s/article/What-is-Restricted-Delivery

- 1 -

Exhibit 1 For 1:22-cv-01001
Pg. 1/6 Date:8/24/22

6.   As of the signing of this affidavit, the respective summons sent via Certified Mail for the Defendants named below have been successfully delivered. Ex. 2 (Electronic Return Receipts with residential addresses redacted for privacy concerns).

> American University
>> via Vice President, General Counsel & Secretary to the Board Traevena Byrd; and separately
>> via Registered Agent and CFO Bronte Burleigh Jones
>
> Boaz Atzili
>
> Carolyn Gallaher
>
> Daniel Esser
>
> Eleni Ekmektsioglou
>
> Jeffrey Brown
>
> Luciana Storelli-Castro
>
> Marcelline T Babicz
>
> Sharon Weiner
>
> Traci Callandrillo

7.   As of the signing of this affidavit, private process servers under my employ have successfully served the following three defendants their respective summons and appropriate attachments. Ex. 3 (various affidavits).

> Carol Crawford
>
> Jaris Williams
>
> Mary Clark
>
> Fanta Aw and Christine Chin

8.   As of the signing of this affidavit, for reasons outside of my control, I cannot confirm whether the Certified Mail I sent to Christine Chin and Fanta Aw have been delivered. Ex. 4 (USPS Tracking history status for

- 2 -

Exhibit 1 For 1:22-cv-01001
Pg. 2/6 Date:8/24/22

both mail parcels indicates that they were "Out for Delivery" on August 19, 2022, and have been "Awaiting Delivery Scan" since August 20, 2022).

9. USPS.com does not offer an official explanation of the definition of "Awaiting Delivery Scan."[2] I have entered the tracking numbers for the two mail parcels into the USPS online Help Request Form,[3] which recommended that I submit a "Missing Mail Search Request." I will do so tomorrow.

10. The USPS may have lost the two mail parcels. Or, the USPS may have delivered the parcels but lost the receipts.

11. Tomorrow, I will prepare and send two new certified mails to the same address with the same content.

12. I have high confidence in that the recipient address I used for Chin and Aw is indeed their principal and current residential address. ¶¶ 13-14.

13. About one month ago, on July 21, 2022, I had sent USPS Certified Mail to both Chin and Aw that included their respective summons and certain legal papers.[4] Both mail parcels were successfully delivered to the same residential address without being forwarded or rejected by a local delivery person or a resident. Ex. 5.

14. According to the real property database of the State of Maryland,[5] the property is owned by "CHIN CHRISTINE B N ET AL." The current owners bought the property in 2002. The property is listed as a Principal Residence,[6] which is a property class "eligible for the Homestead Tax Credit, the Homeowners' Tax Credit, and local income tax offset credits."

--------------------------------------

[2] No results found by searching *site:usps.com "awaiting delivery scan"* on Google.com.

[3] https://www.usps.com/help/missing-mail.htm

[4] Contents: a Court-issued summons for the recipient, a conforming Rule 4(d) Notice and Request with required attachments, ECF 1 (Complaint); ECF 7 (Corrected Amended Complaint); and ECF 9 (Motion to Extend Service of Summons).

[5] https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx

[6] *Id.*

Exhibit 1 For 1:22-cv-01001
Pg. 3/6 Date:8/24/22

The website shows that Maryland has approved a Homestead Tax Credit for the property since 2010.

15. Both Aw and Chin are AU employees, and both are likely in D.C. in anticipation of the beginning of the 2022 fall semester.

16. I arranged for a private process server to serve both Chin and Aw at the property. On August 23, 2022, the process server attempted service, but it appeared that no one was at home. Ex. 6. The process server will make further attempts soon.

Manaswini Ramkumar

17. As of the signing of this affidavit, I have been unable to assist Mr. Mills in serving the summons on Defendant Manaswini Ramkumar due to her evasion of service and intentional ignoring of all communication attempts.

18. As of the signing of this affidavit, Ramkumar is listed as a current Ph.D. student and a current adjunct instructor at the School of International Service, American University.[7]

19. The summons for Ramkumar, a request for Rule 4(d) waiver, and ECFs 1, 7, and 9 have been sent to her @american.edu email address[8] on June 28, 2022, and then to her LinkedIn profile[9] on July 20, 2022. She did not respond to either communication.

20. To inform Ramkumar of the existence of the lawsuit against her and to facilitate service of summons on her, on August 22, 2022, during normal business hours in D.C., I called the phone number she has listed publicly on her professional résumé[10], which is hosted on her SIS faculty profile page. After one ring, I was transferred to the voicemail welcome message

---

[7] https://www.american.edu/sis/phd/current-students.cfm

[8] https://web.archive.org/web/20220824043653/https://www.american.edu/sis/faculty/mr2976a.cfm

[9] https://www.linkedin.com/in/manaswini-ramkumar-b75971135/

[10] https://web.archive.org/web/20220824043711/https://www.american.edu/uploads/docs/ramkumarmanaswinicv2020.pdf

- 4 -

Exhibit 1 For 1:22-cv-01001
Pg. 4/6 Date:8/24/22

she recorded. When I called later for a second time, I was immediately transferred to her voicemail without a ring. I left her a voicemail stating my intentions and my phone number. I have not received a response.

21. On August 22, 2022, I contacted Ramkumar thorough Facebook, where she has 575 Friends.[11] Via Facebook Messenger, I sent her a copy of the summons and a request to arrange a convenient time and location for her to receive the summons. I requested her to either call me or email me. Facebook Messenger confirms that my messages have been sent but have not been read.

22. On August 22, 2022, through MMS (a message via cellphone with text and picture), I sent Ramkumar's phone number a copy of the summons for her and the same request. I have not received a report of a failed delivery or a reply from her.

23. Perhaps because Ramkumar is a foreigner, I was unable to locate a valid U.S. residential address for Ramkumar. I gave the best address that I obtained to a process server, who informed me, after attempting personal service on August 23, that Ramkumar is not associated with the current residents there. The process server is preparing the affidavit for the attempt.

24. Judging from a Facebook comment of Ramkumar, Ramkumar is potentially living in Ontario, Canada. Otherwise, I do not know which city, state, or country Ramkumar is currently located in or plans to be in for the coming months.

25. I called a legal service provider with stellar reviews to inquire about serving legal papers in Canada under the Hague Convention. The provider would first need to search for Ramkumar's Canadian residential address at a cost of $1500. The provider would then serve her under the Hague Convention, which would take five months and cost $855. Alternatively, the provider can arrange for delivering the papers to her "informally" in ten days, at a cost of $1000.

---

[11] https://www.facebook.com/profile.php?id=59203825

Exhibit 1 For 1:22-cv-01001
Pg. 5/6 Date:8/24/22

26. In order to continue to attempt to serve Ramkumar as soon as possible, I will call several more providers of similar repute to investigate whether other providers have similar timeframes and costs for their services.

I declare that, under penalty of perjury, the foregoing is true and correct.

Executed on 8/24/22

- 6 -

Exhibit 1 For 1:22-cv-01001
Pg. 6/6 Date:8/24/22

26. In order to continue to attempt to serve Ramkumar as soon as possible, I will call several more providers of similar repute to investigate whether other providers have similar timeframes and costs for their services.

I declare that, under penalty of perjury, the foregoing is true and correct.

Executed on 8/24/22





August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0086**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 19, 2022, 9:51 am |
| **Location:** | WASHINGTON, DC 20016 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | TRAEVENA BYRD |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 4400 MASSACHUSETTS AVE NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20016-8002 |

### Recipient Signature



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Exhibit 2 For 1:22-cv-01001
Pg. 1/11 Date:8/23/22
Plaintiff Comment / Redaction in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.



August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 1970 0002 1486 0093**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 19, 2022, 9:51 am |
| **Location:** | WASHINGTON, DC 20016 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | BRONTE BURLEIGH JONES |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 4400 MASSACHUSETTS AVE NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20016-8002 |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Exhibit 2 For 1:22-cv-01001
Pg. 2/11 Date:8/23/22
Plaintiff Comment / Redaction in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.


**UNITED STATES**
**POSTAL SERVICE**

August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0109**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 19, 2022, 4:08 pm |
| **Location:** | ▨▨ MD ▨ |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | BOAZ ATZILI |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | ▨▨ |
| **City, State ZIP Code:** | ▨▨ MD ▨ |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | B. Alz... / Boaz Atzili |
| Address of Recipient: | ▨▨ |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0123**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 19, 2022, 12:17 pm |
| **Location:** | ⬛MD⬛ |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | ELENI G EKMEKTSIOGLOU |

### Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | ⬛ |
| **City, State ZIP Code:** | ⬛MD⬛ |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0130**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 19, 2022, 4:41 pm |
| **Location:** | WASHINGTON, DC |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | DANIEL ESSER |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | |
| **City, State ZIP Code:** | WASHINGTON, DC |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

August 22, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0147**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 22, 2022, 2:58 pm |
| **Location:** | WASHINGTON, DC |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | SHARON WEINER |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | |
| **City, State ZIP Code:** | WASHINGTON, DC |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0161**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | August 19, 2022, 3:26 pm |
| **Location:** | ▓▓▓▓▓▓ MD ▓▓▓ |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | MARCELLINE  T BABICZ |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: (Authorized Agent) | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES POSTAL SERVICE**

August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0185**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 19, 2022, 3:09 pm |
| **Location:** | ▮▮▮ MD ▮▮ |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | CAROLYN A GALLAHER |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | ▮▮▮ |
| **City, State ZIP Code:** | ▮▮▮ MD ▮▮ |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0192**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 19, 2022, 4:16 pm |
| **Location:** | WASHINGTON, DC |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | LUCIANA N STORELLI CASTRO |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | |
| **City, State ZIP Code:** | WASHINGTON, DC |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES POSTAL SERVICE**

August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0215**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 19, 2022, 12:51 pm |
| **Location:** | WASHINGTON, DC |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | TRACI CALLANDRILLO |

| Shipment Details | |
| --- | --- |
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
| --- | --- |
| **Street Address:** | |
| **City, State ZIP Code:** | WASHINGTON, DC |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | COVID 19 Traci |
| Address of Recipient: | Wash DC |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

August 20, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0002 1486 0222**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 19, 2022, 2:43 pm |
| **Location:** | WASHINGTON, DC |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | JEFFERY T BROWN |

| Shipment Details | |
| --- | --- |
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
| --- | --- |
| **Street Address:** | |
| **City, State ZIP Code:** | DC |

**Recipient Signature**

Signature of Recipient: C.9 N4 11

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Exhibit 2 For 1:22-cv-01001
Pg. 11/11 Date:8/23/22
Plaintiff Comment / Redaction in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

**UNITED STATES DISTRICT COURT**
**STATE OF DISTRICT OF COLUMBIA, COUNTY OF DISTRICT OF COLUMBIA**
Attorney: Pro-Se
Address:

Job #: 1514383

| | |
|---|---|
| ZACHARIAH MILLS | Index Number: 1:22-cv-01001 |
| | Client's File No.: |
| *Plaintiff* | |
| vs | |
| AMERICAN UNIVERSITY, et. al | Court Date: |
| *Defendant* | Date Filed: |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

**Daniel Crespo**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 8/23/2022, at 12:38 PM at: 26 FEDERAL COURT PLAZA,12th Floor, NEW YORK, NY  10278 Deponent served the within Summons in a Civil Action, Complaint

On: **Carol Crawford**, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Theresa Proctor (Clerk) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: Yes |
| Age: 40 | Height: 5ft 0in - 5ft 3in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#5 OTHER**  I informed the clerk at the courthouse's clerks office on the 12th Floor.  - Theresa Proctor - of my intention to serve a summons for Judge Crawford. Proctor looked up a phone number from what appears to be the courthouse's internal phone list. Proctor called that number and requested the woman who answered (apparently Judge Crawford's law clerk) to pick up the legal papers from me. She instructed Proctor to receive and sign for the documents in her stead. I then served Proctor the legal papers.

☒ **#6 MAILING**
On 08/23/2022 deponent enclosed a copy of same in a postpaid envelope properly addressed to Carol Crawford at 26 FEDERAL COURT PLAZA, COURTROOM 32, NEW YORK, NY  10278 [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on 08/23/2022

**DIANNE GONZALEZ**
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

Daniel Crespo
DCA License # 2004364



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*

Exhibit 3 For 1:22-cv-01001
Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

## AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-01001 | Court:<br>UNITED STATES DISTRICT COURT for the<br>DISTRICT OF COLUMBIA | County: | |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Zachanah Mills | | Defendant / Respondent:<br>American University, et al. | |
| Received by:<br>Palmer's Courier & Legal Svcs LLC | | For:<br>Sun Zi Xiang | |
| To be served upon:<br>Jaris Williams | | | |

I, LaTisha Palmer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Jaris Williams, 2311 Ewing Ave., Suitland, MD 20746

Manner of Service:   Personal Service

Documents:          SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER ESTABLISHING PROCEDURES FOR CASES
                    ASSIGNED TO JUDGE COLLEEN KOLLAR-KOTELLY (Received Aug 17, 2022 at 11:51 AM EST)

**Additional Comments:**
Unsuccessful Attempt: August 17, 2022, 7:18pm at                    MD,        - Attempt made, not served. No answer at door.

Successful Attempt: August 20, 2022, 8:29 am EST at                 MD,        - Received by Jaris Williams. Description: Ethnicity:
Black, Age: 38-40, Height: 6'0, Weight: 170 lbs, Hair: Black

LaTisha Palmer                    8/22/22
                                  Date

Subscribed and sworn to before me by

the best affiant who is personally known to me.

Notary Public

DIAMOND BENNETT
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2026

08/22/22
Date                    Commission Expires

Exhibit 3 For 1:22-cv-01001
Pg. 2/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

## AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-01001 | Court:<br>United States District Court for the District of Columbia<br><br>DC | County: | Job:<br>7523058 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Zachariah Mills | | **Defendant / Respondent:**<br>American University, et al. | |
| **Received by:**<br>Northstar Process Servers<br>Date: August 17, 2022 | | **For:** | |
| **To be served upon:**<br>Mary Clark | | | |

I, Sherrie Neri, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Mary Clark, Home: ▓▓▓▓▓▓▓▓▓▓▓▓ CO ▓▓▓▓
**Manner of Service:**   Personal/Individual, August 17, 2022, 4:55 pm MDT
**Documents:**   Summons in a Civil Action; Complaint; Order Establishing Procedures for Cases Assigned to Judge Colleen Kollar-Kotelly (Received August 17, 2022 at 11:01am MDT)

**Service Information:**
1) Successful Attempt: August 17, 2022, 4:55 pm MDT at Home: ▓▓▓▓▓▓▓▓▓▓▓ CO ▓▓▓▓ received by Mary Clark.
On 8/17/22 at 4:55 p.m. I executed service upon Mary Clark at ▓▓▓▓▓▓▓▓▓▓ CO ▓▓▓. Mary Clark is Caucasian, 50's, 125 lbs. 5'7", brown hair and no glasses.  Photos of Mary Clark here:



Exhibit 3 For 1:22-cv-01001
Pg. 3/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

Mary Clark affidavit (page 2)

I declare under penalties of perjury that the information
contained herein is correct and to the best of my knowledge

_Sherrie Neri_                    8-18-22
Sherrie Neri                        Date

Northstar Process Servers
PO Box 117
Broomfield, CO 80038
303-438-8913

Subscribed and sworn to before me by the affiant who is
personally known to me.

KEVIN TURNER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224005916
MY COMMISSION EXPIRES FEBRUARY 10, 2026

_____
Notary Public
August 18th, 2022            February 10th, 2026
Date                              Commission Expires

Exhibit 3 For 1:22-cv-01001
Pg. 4/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70211970000214860178

Remove ✕

The delivery status of your item has not been updated as of August 20, 2022, 2:20 am. We apologize that it may arrive later than expected.

USPS Tracking Plus® Available ⌄

## Awaiting Delivery Scan

August 20, 2022 at 2:20 am

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**August 20, 2022, 2:20 am**
Awaiting Delivery Scan
The delivery status of your item has not been updated as of August 20, 2022, 2:20 am. We apologize that it may arrive later than expected.

**August 19, 2022, 8:20 am**
Out for Delivery
SILVER SPRING, MD 20910

**August 19, 2022, 8:09 am**
Arrived at Post Office
SILVER SPRING, MD 20910

**August 19, 2022, 6:56 am**
Arrived at USPS Facility
SILVER SPRING, MD 20904

Exhibit 5 For 1:22-cv-01001
Pg. 1/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

**August 19, 2022, 6:15 am**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**August 19, 2022, 4:42 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**August 19, 2022, 3:17 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**August 19, 2022, 12:56 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**August 18, 2022**
In Transit to Next Facility

Feedback

---

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail Restricted Delivery
Return Receipt Electronic
Up to $100 insurance included. Restrictions Apply ⓘ

See Less ⌃

**Tracking Number:** 70211970000214860116

Exhibit 5 For 1:22-cv-01001
Pg. 2/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
from Exhibit 5.

Remove ✕

The delivery status of your item has not been updated as of August 20, 2022, 2:32 am. We apologize that it may arrive later

than expected.

**USPS Tracking Plus® Available** ⌄

# Awaiting Delivery Scan

August 20, 2022 at 2:32 am

### Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**August 20, 2022, 2:32 am**
Awaiting Delivery Scan
The delivery status of your item has not been updated as of August 20, 2022, 2:32 am. We apologize that it may arrive later than expected.

**August 19, 2022, 8:32 am**
Out for Delivery
SILVER SPRING, MD 20910

**August 19, 2022, 8:21 am**
Arrived at Post Office
SILVER SPRING, MD 20910

**August 19, 2022, 6:56 am**
Arrived at USPS Facility
SILVER SPRING, MD 20904

**August 19, 2022, 6:15 am**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**August 19, 2022, 4:42 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**August 19, 2022, 3:17 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**August 19, 2022, 12:58 am**
Arrived at USPS Regional Destination Facility

Exhibit 5 For 1:22-cv-01001
Pg. 3/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

Feedback

WASHINGTON DC NETWORK DISTRIBUTION CENTER

**August 18, 2022**
In Transit to Next Facility

---

### USPS Tracking Plus®                                                        ⌄

---

### Product Information                                                        ⌃

**Postal Product:**                    **Features:**
Priority Mail®                         Certified Mail Restricted Delivery
                                       Return Receipt Electronic
                                       Up to $100 insurance included. Restrictions Apply ⓘ

---

                                    See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Exhibit 5 For 1:22-cv-01001
Pg. 4/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70212720000323938045

Remove ✕

Your item was delivered to an individual at the address at 4:50 pm on July 15, 2022 in SILVER SPRING, MD 20910.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Left with Individual

July 15, 2022 at 4:50 pm
SILVER SPRING, MD 20910

Get Updates ⌄

Feedback

Text & Email Updates    ⌄

Tracking History    ⌃

July 15, 2022, 4:50 pm
Delivered, Left with Individual
SILVER SPRING, MD 20910
Your item was delivered to an individual at the address at 4:50 pm on July 15, 2022 in SILVER SPRING, MD 20910.

July 15, 2022, 8:38 am
Out for Delivery
SILVER SPRING, MD 20910

July 15, 2022, 8:27 am
Arrived at Post Office
SILVER SPRING, MD 20910

July 15, 2022, 7:19 am
Arrived at USPS Facility
SILVER SPRING, MD 20904

July 15, 2022, 6:52 am
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Exhibit 5 For 1:22-cv-01001
Pg. 1/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

**July 15, 2022, 5:46 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**July 15, 2022, 3:35 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**July 15, 2022, 1:49 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**July 14, 2022**
In Transit to Next Facility

Feedback

## USPS Tracking Plus®                                                    ⌄

## Product Information                                                    ⌃

**Postal Product:**                          **Features:**
Priority Mail®                               Certified Mail™
                                             Up to $100 insurance included. Restrictions Apply ⓘ

**See Less ⌃**

**Tracking Number:** 70212720000323938113                    Remove ✕

Your item was delivered to an individual at the address at 4:58 pm on July 16, 2022 in SILVER SPRING, MD 20910.

**USPS Tracking Plus® Available ⌄**

Exhibit 5 For 1:22-cv-01001
Pg. 2/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

⊘ **Delivered, Left with Individual**

July 16, 2022 at 4:58 pm
SILVER SPRING, MD 20910

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**July 16, 2022, 4:58 pm**
Delivered, Left with Individual
SILVER SPRING, MD 20910
Your item was delivered to an individual at the address at 4:58 pm on July 16, 2022 in SILVER SPRING, MD 20910.

**July 16, 2022, 8:35 am**
Out for Delivery
SILVER SPRING, MD 20910

**July 16, 2022, 8:24 am**
Arrived at Post Office
SILVER SPRING, MD 20910

**July 16, 2022, 8:06 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**July 16, 2022, 7:49 am**
Departed USPS Facility
SILVER SPRING, MD 20904

**July 16, 2022, 7:18 am**
Arrived at USPS Facility
SILVER SPRING, MD 20904

**July 16, 2022, 6:55 am**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**July 16, 2022, 5:46 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**July 16, 2022, 4:00 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

Feedback

Exhibit 5 For 1:22-cv-01001
Pg. 3/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

**July 16, 2022, 3:02 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**July 15, 2022**
In Transit to Next Facility

---

## USPS Tracking Plus®  ⌄

## Product Information  ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Exhibit 5 For 1:22-cv-01001
Pg. 4/4 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

**United States District Court for the District of Columbia**

| | | |
|---|---|---|
| Zachariah Mills, | ) | **Case No.: 1:22-cv-01001** |
| **Plaintiff** | ) | |
| **v.** | ) | |
| American University, et al., | **)** | |
| | ) | |
| **Defendant** | ) | |

### AFFIDAVIT OF NON-SERVICE:

I, Rustin Nadjmabadi being duly sworn deposes and says, under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over the age of eighteen (18) years and not a party to or otherwise interested in this matter. The information below outlines the diligent attempt(s) made to locate **Fanta Aw** in an effort to serve the defendant at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮MD▮▮▮▮, with the following documents: Summons, Civil Cover Sheet, Complaint, Order Establishing Procedures for Cases Assigned to Judge Colleen Kollar-Kotelly,

### Service Attempts

8/23/2022 – 7:45 PM     Service attempted at address provided, but no response. No lights/sound from the residence. No vehicles parked behind the dwelling (location of garage connected to the unit). No assigned parking spaces, or a parking lot. I also waited outside/around the property for 20 minutes and observed no activity.

_____

Rustin Nadjmabadi
WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
(888) 667-2038

8/23/22

Executed on:

Exhibit 6 For 1:22-cv-01001
Pg. 1/2 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 10(D). ECF 5.

United States District Court for the District of Columbia

Zachariah Mills,                                              ) Case No.: 1:22-cv-01001
                                   Plaintiff                  )
                        v.                                    )
American University, et al.,                                  )
                                                             )
                                   Defendant                  )

### AFFIDAVIT OF NON-SERVICE:

I, Rustin Nadjmabadi being duly sworn deposes and says, under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over the age of eighteen (18) years and not a party to or otherwise interested in this matter. The information below outlines the diligent attempt(s) made to locate **Christine Chin** in an effort to serve the defendant at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ MD ▇▇▇ with the following documents: Summons, Civil Cover Sheet, Complaint, Order Establishing Procedures for Cases Assigned to Judge Colleen Kollar-Kotelly,

### Service Attempts

8/23/2022 – 7:45 PM      Service attempted at address provided, but no response. No lights/sound from the residence. No vehicles parked behind the dwelling (location of garage connected to the unit). No assigned parking spaces, or a parking lot. I also waited outside/around the property for 20 minutes and observed no activity.

_____                     _8/23/22_
Rustin Nadjmabadi                                    Executed on:
WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
(888) 667-2038

Exhibit 6 For 1:22-cv-01001
Pg. 2/2 Date:8/23/22
Plaintiff Comment in Orange
Material Irrelevant to Main Document Excluded
See Judge CKK Procedure 1O(D). ECF 5.