**U.S. District Court for the District of Columbia**

| | |
|---|---|
| Zachariah Mills (pro se) Plaintiff, v. American University, et al. Defendants. | Case Number (1:22-cv-01001) C.K.K. JURY TRIAL DEMANDED |

**Second Motion for Extension of Time to
Serve Summons on Three Defendants**

In the Court's July 25, 2022, Rule 4(m) Order, ECF 10, the Court instructed us to serve Defendants and file proofs of service by August 23, 2022. We have served the Court-issued summons on thirteen Defendants in a timely manner. Proofs of the thirteen services are attached. Ex. 1-3.

Three Defendants remain.

We are serving Defendant Christine Chin and Defendant Aw via Certified Mail. Based on the USPS Tracking, the mail parcels are delayed, which is outside of our control. Ex. 1 ¶¶ 8 – 16, 4, 5. Upon noticing the delay, we employed a private process server to attempt personal service at a high-confidence residential address. It appeared that they were not home. Ex. 6. We will resend the mail parcels and

1

the process server tomorrow. We move the Court to extend the time limit to serve the two Defendants by two weeks.

Defendant Manaswini Ramkumar is evading service of process. Ex. 1 ¶¶ 17 – 26, 7. After diligent effort, we cannot determine her residential address or whether she is in the U.S. or in Canada. *Id.* We move the Court to extend the time limit for service by two months and authorize us to use alternative methods of service in case that she is in the U.S. Sup. Ct. R. D.C. 4(e)(3). We will hire a professional service and issue a subpoena for her border-crossing records. We request a two-month extension, considering the time necessary for the government to respond to the subpoena and the time necessary for a search.

We move the Court to excuse our filing of the proofs of service hours after the deadline, considering that we have substantially complied with the Court's July 25, 2022, Rule 4(m) Order, ECF 10, to diligently serve Defendants and file proofs of service.

Respectfully,

Zachariah S Mills

*Pro Se*
zachmillsisawesome@gmail.com
520-358-3574
[Address in ECF. No. 2]