## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARIAH MILLS, | : |
| *Plaintiff,* | : |
| v. | : Case No. 1:22-cv-1001-CKK |
| AMERICAN UNIVERSITY, *et al.* | : |
| *Defendants.* | : |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please note the appearance of Paul J. Maloney and Brain M. O'Shea of the law firm of Carr Maloney P.C. as counsel for Defendants, American University, Daniel Esser, Sharon Weiner, Boaz Atzili, Christine Chin, Carolyn Gallaher, Jaris Williams, Mary Clark, Traci Callandrillo, Fanta Aw, Carol Crawford, and Jeffrey Brown.

Respectfully submitted,

*/s/Brian M. O'Shea*
Paul J. Maloney, #362533
Brian M. O'Shea, #1600057
Carr Maloney P.C.
2000 Pennsylvania Avenue, Suite 8001
Washington, D.C. 20006
202-310-5500 (Telephone)
202-310-5555 (Facsimile)
paul.maloney@carrmaloney.com
brian.o'shea@carrmaloney.com
*Attorneys for Defendants American University, Daniel Esser, Sharon Weiner, Boaz Atzili, Christine Chin, Carolyn Gallaher, Jaris Williams, Mary Clark, Traci Callandrillo, Fanta Aw, Carol Crawford, Jeffrey Brown*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was electronically filed and served this 7th day of September 2022 upon, and mailed via first-class mail to:

>Zachariah Mills
>315 Barnette St., #72358
>Fairbanks, Alaska 99707
>*Pro Se Plaintiff*
>
>Laurel Pyke Malson #317776
>Eli L. Berns-Zieve (*pro hac vice* pending)
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, NW
>Washington, DC 20004-2595
>202-624-2500 (Telephone)
>202-628-5116 (Facsimile)
>lmalson@crowell.com
>eberns-zieve@crowell.com
>*Attorneys for Defendants Eleni Ekmektsioglou,*
>*Luciana Storelli-Castro, Manaswini Ramkumar,*
>*and Marcelline T. Babicz*