AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▾

| | | |
|---|---|---|
| Zach Mills | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:22-cv-1001-CKK |
| American University, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Eleni Ekmektsioglou, Luciana Storelli-Castro, Manaswini Ramkumar, and Marcelline T. Babicz   .

Date:     09/07/2022

/s/ Laurel Pyke Malson
*Attorney's signature*

Laurel Pyke Malson (Bar No. 317776)
*Printed name and bar number*
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

*Address*

lmalson@crowell.com
*E-mail address*

(202) 624-2576
*Telephone number*

(202) 628-5116
*FAX number*