**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZACHARIAH MILLS, | : |
| *Plaintiff,* | : |
| v. | : Case No. 1:22-cv-1001-CKK |
| AMERICAN UNIVERSITY, *et al.* | : |
| *Defendants.* | : |

**DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(m), 12(b)(2), (5), AND 41(b) OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Defendants American University ("AU"), Daniel Esser, Sharon Weiner, Boaz Atzili, Christine Chin, Carolyn Gallaher, Jaris Williams, Mary Clark, Traci Callandrillo, Fanta Aw, Carol Crawford, Jeffrey Brown, Eleni Ekmektsioglou, Luciana Storelli-Castro, Manaswini Ramkumar, and Marcelline T. Babicz (collectively, with AU, the "Defendants"), pursuant to Federal Rules of Civil Procedure 4(m), 12(b)(2), (5), and 41(b), move to dismiss Plaintiff's Amended Complaint (ECF 7) with prejudice. If the Court does not grant this Motion and dismiss the Amended Complaint in its entirety, Defendants ask for an extension of sixty days from the Court's order to file a responsive pleading addressing the merits of the Amended Complaint for any Defendant found to be properly served. In support of this Motion, Defendants refer the Court to the attached Memorandum of Points and Authorities or, in the Alternative, for an Extension of Time to File a Responsive Pleading.

Respectfully submitted,

*/s/ Paul J. Maloney*
Paul J. Maloney, #362533
Brian M. O'Shea, #1600057
Carr Maloney P.C.
2000 Pennsylvania Avenue, Suite 8001
Washington, D.C. 20006
202-310-5500 (Telephone)
202-310-5555 (Facsimile)
paul.maloney@carrmaloney.com
brian.o'shea@carrmaloney.com
*Attorneys for Defendants American University, Daniel Esser, Sharon Weiner, Boaz Atzili, Christine Chin, Carolyn Gallaher, Jaris Williams, Mary Clark, Traci Callandrillo, Fanta Aw, Carol Crawford, Jeffrey Brown*


*/s/ Laurel Pyke Malson*
Laurel Pyke Malson #317776
Eli L. Berns-Zieve
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
202-624-2500 (Telephone)
202-628-5116 (Facsimile)
lmalson@crowell.com
eberns-zieve@crowell.com
*Attorneys for Defendants Eleni Ekmektsioglou, Luciana Storelli-Castro, Manaswini Ramkumar, and Marcelline T. Babicz*