IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZACHARIAH MILLS,

    *Plaintiff,*

v.

AMERICAN UNIVERSITY, *et al.*

    *Defendants.*

Case No. 1:22-cv-1001-CKK

## AFFIDAVIT OF QWENDOLYN BROWN

1.     I am over eighteen years of age and am competent to testify.

2.     I am Associate General Counsel in the Office of General Counsel at American University ("AU") in Washington, D.C.

3.     I have personal knowledge of Plaintiff Zachariah Mills' attempts to serve American University and the other named Defendants in this matter.

4.     I have personal knowledge of the status of purported service of process by Plaintiff on AU and I have communicated with the other named Defendants as to what, if any, documents they received from Mills regarding this lawsuit, how and when such documents were received, and whether they signed any form to indicate receipt of such documents.

5.     The signatures shown on the Electronic Return Receipts attached to the Affidavit of Zixiang Sun ("the Sun Affidavit") for the following Defendants were not made by the individual Defendant or by an individual authorized by them to receive service of process: American University, Daniel Esser, Sharon Weiner, Traci Callandrillo, Jeffrey Brown, Eleni Ekmektsioglou, Luciana Storelli-Castro, Marcelline Babicz, and Carolyn Gallaher. These Defendants reviewed and did not recognize the signatures shown in the Electronic Return Receipts' "Signature of Recipient" box that purports to show delivery to them.

EXHIBIT 1

6. The certified mail deliveries described in Mr. Sun's affidavit to Defendants Daniel Esser, Sharon Weiner, Traci Callandrillo, Jeffrey Brown, Eleni Ekmektsioglou, Luciana Storelli-Castro, Marcelline Babicz, Carolyn Gallaher, and Boaz Atzili did not include the Amended Complaint, *i.e.*, the "operative complaint" in this matter, which added the individual Defendants as parties.

7. For certain of these Defendants, service as described in Mr. Sun's affidavit could not have occurred as he describes. Mr. Esser and Ms. Ekmektsioglou were both out of the country, and Ms. Storelli-Castro was in Hawaii, on the day that Mr. Sun attests they were served in Washington, D.C.

8. The Sun Affidavit also avers inaccurately that the following Defendants were "successfully served" in person with the "summons and appropriate attachments": Jaris Williams, Mary Clark, and Carol Crawford. Defendants Williams, Clark, and Crawford all communicated to me that they were *not* personally served with the Amended Complaint adding them as parties.

9. Additionally, Defendant Crawford communicated to me that she could not have been served at Federal Court Plaza on August 23, 2022, as she was not at the courthouse, but attending her father's funeral.

10. I have reviewed the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss the Amended Complaint, and Defendants' representations relating to the purported service of process on pages 9 through 12 are accurate.

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT AND IS BASED UPON MY PERSONAL KNOWLEDGE.

_Qwendolyn Brown, Esq._  
Qwendolyn Brown, Esq.

9/07/22  
Date

2