## U.S. District Court for the District of Columbia

| | |
|---|---|
| Zachariah Mills (pro se) <br><br> Plaintiff, <br><br> v. <br><br> American University, et al. <br><br> Defendants. | Case Number (1:22-cv-01001) <br><br> C.K.K. <br><br> JURY TRIAL DEMANDED |

### Affidavit of Zixiang Sun

Pursuant to 28 U.S.C. § 1746, I, Zixiang Sun, declare under the penalties of perjury as follows on personal knowledge.

1. I am over the age of 18, and I am competent to make the statements below.
2. The exhibit I attached to this affidavit is genuine.
3. I assist Mr. Zachariah Mills in serving Court-issued summons on Defendants.
4. Via USPS Certified Mail, on August 24, 2022, I mailed each of Defendants Fanta Aw, Carol Crawford, and Christine Chin: [1] the Court-issued summons for each Defendant; [2] ECF No. 1 (Complaint); and [3] ECF No. 5 (Order Establishing Procedures).
5. I requested both [1] Restricted Delivery[1] and [2] an Electronic Return Receipt for each of the above-referenced Certified Mail.

---

[1] USPS: "Restricted Delivery permits the mailer to direct delivery only to the addressee or the addressee's authorized agent."
https://faq.usps.com/s/article/What-is-Restricted-Delivery

- 1 -



RECEIVED
SEP 6 2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Exhibit 1 For 1:22-cv-01001
Pg. 1/2 Date:9/6/22

6.  As of the signing of this affidavit, the respective Certified Mails for the three Defendants have been successfully delivered. Ex. 1 (Electronic Return Receipts with residential addresses redacted for privacy concerns).

I declare that, under penalty of perjury, the foregoing is true and correct.

Executed on 9/6/22



September 1, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 2410 0001 2341 0012**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 29, 2022, 1:01 pm |
| **Location:** | NEW YORK, NY 10278 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | CAROL CRAWFORD |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Recipient Signature

**Signature of Recipient:** Covid 19 / R. Carrington

**Address of Recipient:** 26 Fed

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



September 1, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 2410 0001 2341 0968**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 27, 2022, 3:26 pm |
| **Location:** | SILVER SPRING, MD 20910 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | FANTA AW |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

**Recipient Signature**



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



September 1, 2022

Dear Zixiang Sun:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 2410 0001 2341 0975**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 27, 2022, 3:26 pm |
| **Location:** | SILVER SPRING, MD 20910 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | CHRISTINE CHIN |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004