UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZACHARIAH MILLS,
       Plaintiff

v.

AMERICAN UNIVERSITY, *et al.*,
       Defendants

Civil Action No. 22-1001(CKK)

**ORDER**
(September 8, 2022)

On September 7, 2022, Defendants American University, Daniel Esser, Sharon Weiner, Boaz Atzili, Christine Chin, Carolyn Gallaher, Jaris Williams, Mary Clark, Traci Callandrillo, Fanta Aw, Carol Crawford, Jeffrey Brown, Eleni Ekmektsioglou, Luciana Storelli-Castro, Manaswini Ramkumar, and Marcelline T. Babicz filed a [16] Motion to Dismiss in the above-captioned case pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 41(b). In summary terms, Defendants argue in their Motion to Dismiss that the case should be dismissed based on Plaintiff's violation of Court orders dated April 12 and July 25, 2022 and because Plaintiff has failed to effect service of process as to all Defendants.

Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice … should include an explanation that the failure to respond … may result in the district court granting the motion and dismissing the case." *Id*. at 509.

In accordance, this Court advises the Plaintiff that he must respond to Defendants' [16] Motion to Dismiss by no later than **SEPTEMBER 23, 2022**. If Plaintiff does not file a response, the Court will treat the motion as conceded and dismiss those parties. Defendants shall file a reply in support of their motion by no later than **OCTOBER 3, 2022**.

1

In their [16] Motion to Dismiss, Defendants indicate that if the Court denies their pending motion and/or permits Plaintiff additional time to effect service of process, they request an "extension of sixty days from the Court's order to file a responsive pleading addressing the merits of the Amended Complaint for any Defendant found to be properly served." The Court agrees that the appropriate course of action is to resolve the now-pending Motion to Dismiss, raising arguments about insufficient service of process (among others). If the Court denies that motion, it shall set an appropriate deadline for Defendants to answer or otherwise respond to the Amended Complaint.

***The Clerk of the Court shall mail a copy of this Order to Plaintiff's address of record.***

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge