IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARIAH MILLS, | : |
| *Plaintiff,* | : |
| v. | : Case No. 1:22-cv-1001-CKK |
| AMERICAN UNIVERSITY, *et al.* | : |
| *Defendants.* | : |

**DEFENDANTS' JOINT MOTION TO EXTEND TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' JOINT MOTION TO DISMISS**

Defendants, through counsel, jointly request a one-week extension to file a Reply to Plaintiff's Oppositions to Defendants' Joint Motion to Dismiss and for reasons state as follows:

1. Defendants filed a Joint Motion to Dismiss on September 7, 2022 (DE #16).

2. By Order dated September 8, 2022, the Court ordered Plaintiff to respond to Defendants' Motion to Dismiss by no later than September 23, 2022, and for Defendants to file their Reply by October 3, 2022 (DE #19). Defendants did not receive an opposition on September 23, 2022. Undersigned counsel understand that Plaintiff's "Preliminary Opposition to the Defendants' Joint Motion to Dismiss" (DE #20) was emailed to the Clerk's Office on September 23, 2022, stamped as received on that date, and then sent to defense counsel by ECF on the afternoon of September 26, 2022.

3. On September 26, 2022, Plaintiff also filed a 64-page document titled "Plaintiff's Opposition to the Defendants' Joint Motion to Dismiss" (DE #21).

4. Lead counsel for four Defendants, Laurel Malson, has been out of the country since before September 26, 2022. She will return on October 5, 2022.

5.	Based on the multiple issues raised in Plaintiff's Preliminary and Final Oppositions to Defendants' Motions to Dismiss, which need to be fully investigated, and based on Ms. Malson being out of the country until October 5th, Defendants respectfully request that the Court grant Defendants an extension of one week to reply to Plaintiff's Preliminary and Final Oppositions.

6.	A one-week extension would mean the Reply is due on October 10, 2022, but as that is a court holiday, it is requested that Defendants be permitted to file a Reply on or before October 11, 2022.

7.	This request is not interposed for purposes of delay but rather for good cause and to assist in the orderly administration of this case. Undersigned counsel, Paul J. Maloney, emailed Mr. Mills on September 29, 2022 to see if he would consent to the relief sought herein. As of the filing of this Motion, no response has been received.

Respectfully submitted,

*/s/Laurel Pyke Malson (w/permission)*
Laurel Pyke Malson, #317766
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
(202) 624-2576 (Telephone)
(202) 628-5116 (Facsimile)
lmalson@crowell.com
*Attorney for Defendants,*
*Eleni Ekmektsioglou, Luciana*
*Storelli-Castro, Manaswini Ramkumar,*
*and Marcelline T. Babicz*

*/s/Paul J. Maloney*
Paul J. Maloney, DC Bar #362533
Brian M. O'Shea, DC Bar #1600057
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
paul.maloney@carrmaloney.com
brian.o'shea@carrmaloney.com
*Attorneys for Defendants American*
*University, Daniel Esser, Sharon Weiner, Boaz*
*Atzili, Christine Chin, Carolyn Gallaher, Jaris*
*Williams, Mary Clark, Traci Callandrillo, Fanta*
*Aw, Carol Crawford, Jeffrey Brown*

**POINTS AND AUTHORITIES**

Rule 7(b) and L.Civ. R. 7(a)(m) and the record herein.

                                                          */s/Paul J. Maloney*
                                                          Paul J. Maloney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Extension of Time was electronically filed and served this 29th day of September, 2022 upon, and e-mailed to:

        Zachariah Mills
        315 Barnette St., #72358
        Fairbanks, Alaska 99707
        *Pro Se Plaintiff*

        Laurel Pyke Malson #317776
        Crowell & Moring LLP
        1001 Pennsylvania Avenue, NW
        Washington, DC 20004-2595
        202-624-2500 (Telephone)
        202-628-5116 (Facsimile)
        lmalson@crowell.com
        eberns-zieve@crowell.com
        *Attorneys for Defendants Eleni Ekmektsioglou,*
        *Luciana Storelli-Castro, Manaswini Ramkumar,*
        *and Marcelline T. Babicz*

                                                          */s/Paul J. Maloney*
                                                          Paul J. Maloney