# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:22-cv-01001 | United States District Court for the District of Columbia DC | , DC | 7708445 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Zachariah Mills | American University, et al. |

| Received by: | For: |
|---|---|
| Northstar Process Servers<br>Date: September 24, 2022 | |

| To be served upon: |
|---|
| Mary Clark |

I, Sherrie Neri, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Clark, 1299 S University Blvd, Denver, CO 80210
**Manner of Service:** Authorized, September 29, 2022, 12:30 pm MDT
**Documents:** Summons in a Civil Action; Civil Cover Sheet; Amended Complaint; Order Establishing Procedures for Cases Assigned to Judge Colleen Kollar-Kotelly (Received Sep 23, 2022 at 3:01pm MDT)

**Service Information:**
1) Unsuccessful Attempt: September 25, 2022, 11:17 am MDT at 201 E. Mississippi Avenue Apt. 515, Denver, CO 80209
On 9/25/22 at 11:17 a.m. I attempted service on Mary Clark at her residence. No one answered multiple knocks.

2) Unsuccessful Attempt: September 27, 2022, 7:14 pm MDT at 201 E. Mississippi Avenue Apt. 515, Denver, CO 80209
On 9/27/22 at 7:14 p.m. I attempted service on Mary Clark at her residence. No one answered multiple knocks.

3) Unsuccessful Attempt: September 28, 2022, 6:48 pm MDT at 201 E. Mississippi Avenue Apt. 515, Denver, CO 80209
On 9/28/22 at 6:48 p.m. I attempted service on Mary Clark at her residence. No one answered multiple knocks.

4) Successful Attempt: September 29, 2022, 12:30 pm MDT at 1299 S University Blvd, Denver, CO 80210 received by Mary Clark.
On 9/29/22 at 12:30 p.m. I executed service on Mary Clark at University of Denver, S. 1299 University Drive, Provost Office, Denver, CO 80210. Personal Executive Assistant to Mary Clark, Katie Nitmann, accepted the documents on Clark's behalf stating Clark was not in today but that she was authorized to accept.

I declare under penalties of perjury that the information contained herein is correct and to the best of my knowledge

Sherrie Neri       9-30-22
Sherrie Neri       Date

Northstar Process Servers
PO Box 117
Broomfield, CO 80038
303-438-8913

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date  09/30/2022
Commission Expires  February 10th 2026

KEVIN TURNER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224005916
MY COMMISSION EXPIRES FEBRUARY 10, 2026

**RECEIVED**
SEP 30 2022
Clerk, U.S. District & Bankruptcy Court for the District of Columbia