AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01001-CKK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Traci Callandrillo  was received by me on *(date)* Sep 22, 2022, 5:51 pm.

[X] I personally served the summons on the individual at *(place)* 4400 Massachusetts Ave NW 4 Fl, Washington, DC 20016 on *(date)* Fri, Sep 23 2022 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 9-30-2022

*Server's signature*

Raphael Trice
*Printed name and title*

1133 13th St NW Ste C4, Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 23, 2022, 4:51 pm EDT at Traci: 4400 Massachusetts Ave NW 4 Fl, Washington, DC 20016 received by Traci Callandrillo . Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 135 Lbs; Height: 5'5"; Hair: Black; Eyes: Brown;

DOCUMENTS SERVED: Summons in a Civil Action; Civil Cover Sheet (ECF 1-1); Complaint (ECF 1); Amended Complaint (ECF 6); Order Establishing Procedures for Cases Assigned to Judge Colleen Kollar-Kotelly (ECF 5).



**RECEIVED**
OCT 5 2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia