AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:22-cv-01001**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Boaz Atzili**
was recieved by me on  **10/04/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Orbit Tal-atzili**, a person of suitable age and discretion who resides there, on **10/07/2022**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)* ; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  10/10/2022

_____
*Server's signature*

**Aaron Hutton**
*Printed name and title*

**506 Diamondback Dr
Unit 236
Gaithersburg, MD 20878**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Orbit Tal-atzili who indicated they were the subject's spouse with identity confirmed by subject saying yes when named. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a brown-haired female contact 35-45 years of age and weighing 140-160 lbs with an accent and glasses.  Orit was sitting in her ford vehicle.  She stated her husband was in India. The documents were left at front door seen by her.**



**RECEIVED**



Tracking #: **0094704988**

