## AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: |
|---|---|---|
| 1:22-cv-01001-CKK | U.S. District Court for the District of Columbia | |
| **Plaintiff / Petitioner:** Zachariah Mills | | **Defendant / Respondent:** David Reitman |
| **Received by:** Palmer's Courier & Legal Svcs LLC | | **For:** Zachariah Mills |
| **To be served upon:** Christine Chin | | |

I, LaTisha Palmer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Christine Chin, 2131 Darcy Green Pl, Silver Spring, MD 20910
**Manner of Service:** Non-Service
**Documents:** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; AMENDED COMPLAINT; ORDER ESTABLISHING PROCEDURES FOR CASES ASSIGNED TO JUDGE COLLEEN KOLLAR-KOTELLY (Received Sep 12, 2022 at 12:09 AM EST)

**Additional Comments:**

Unsuccessful Attempt: September 14, 2022, 8:16 pm EST 2131 Darcy Green Pl, Silver Spring, MD 20910 – Attempt made, not served. Rang doorbell several times, no answer. One light was on inside the home.

Unsuccessful Attempt: September 17, 2022, 1:50 pm EST 2131 Darcy Green Pl, Silver Spring, MD 20910– Attempt made, unsuccessful. Rang doorbell a few times, no response. Spoke to a neighbor that stated they have not seen anyone and had no other information about them.

Unsuccessful Attempt: September 19, 2022, 7:16 pm EST 2131 Darcy Green Pl, Silver Spring, MD 20910– Attempt made, not served. Rang doorbell various times. No noise or movement inside the unit.

_LaTisha Palmer_      10/20/22
LaTisha Palmer           Date

Subscribed and sworn to before me by the best affiant who is personally known to me.

_NBurt_
Notary Public

DIAMOND BENNETT
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2026

10/20/22
Date        Commission Expires



**RECEIVED**
OCT 24 2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia