# AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: |
|---|---|---|
| 1:22-cv-01001-CKK | U.S. District Court for the District of Columbia | |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Zachariah Mills | David Reitman |

| Received by: | For: |
|---|---|
| Palmer's Courier & Legal Svcs LLC | Zachariah Mills |

| To be served upon: |
|---|
| Luciana Castro |

I, LaTisha Palmer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Luciana Castro, 4000 Tunlaw Rd NW Unit 312A, Washington, DC 20007
**Manner of Service:** Non-Service
**Documents:** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; AMENDED COMPLAINT; ORDER ESTABLISHING PROCEDURES FOR CASES ASSIGNED TO JUDGE COLLEEN KOLLAR-KOTELLY (Received Sep 12, 2022 at 12:09 AM EST)

**Additional Comments:**

Unsuccessful Attempt: September 13, 2022, 6:05 pm EST at 4000 Tunlaw Rd NW Unit 312A, Washington, DC 20007– Attempt made, not served. Rang doorbell several times, no response. I left my business card on the door of unit 312A. I confirmed residency of the recipient with the front desk attendant, and he stated that Ms. Castro was seen about a week ago and that she travels often. An attempt was also made at the unit 312 and the current tenant informed me that she has no idea when Ms. Castro would be available.

Unsuccessful Attempt: September 17, 2022, 8:36 am EST 4000 Tunlaw Rd NW Unit 312A, Washington, DC 20007– Attempt made, unsuccessful. Rang doorbell a few times, no answer. The business card from my previous attempt was still there.

Unsuccessful Attempt: September 18, 2022, 9:54 am EST at 4000 Tunlaw Rd NW Unit 312A, Washington, DC 20007– Attempt made, not served. Rang doorbell numerous times. No noise or movement inside the unit.

Subscribed and sworn to before me by the best affiant who is personally known to me.

_LaTisha Palmer_   10/20/22
LaTisha Palmer   Date

_NBtt_
Notary Public   — DIAMOND BENNETT
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2026

10/20/22
Date   Commission Expires



RECEIVED
OCT 24 2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia