AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:22-cv-01001

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for    Luciana Storelli-Castro
was recieved by me on  10/12/2022:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

☒  I returned the summons unexecuted because **Other**; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 225.00 for services, for a total of $ 225.00.

I declare under penalty of perjury that this information is true.

Date:   10/31/2022

_____
Server's signature

Tyrone Lawrence Thomas
Printed name and title

9142 Edmonston CT 204
Greenbelt, MD 20770

_____
Server's address

**RECEIVED**
NOV 1  2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Additional information regarding attempted service, etc:

10/17/2022 12:22 PM: There was no answer at the address.
10/19/2022 4:59 PM: I spoke with an individual who indicated they were the front desk and they stated service not permitted.  Called both numbers no answer. Front desk personnel would not allow attempt delivery
10/22/2022 2:00 PM: I spoke with an individual who indicated they were the front desk clerk and they stated service not permitted.  Access denied by front desk no answer on both numbers
10/25/2022 9:55 AM: I spoke with an individual who indicated they were the front desk and they stated subject resides but refused to respond.  Called both numbers no contact. Front desk person would not let me got to the door
10/29/2022 3:28 PM: I was unable to access the address due to secured building although I called available phones, call box and contacted apartment office.  Front desk will not allow access to apartment floor




Tracking #:  0095830157

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    1:22-cv-01001





Tracking #: 0095830157