**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZACHARIAH MILLS,<br>　　　Plaintiff<br>　　　v.<br>AMERICAN UNIVERSITY, *et al.*,<br>　　　Defendants | Civil Action No. 22-1001 (CKK) |

**ORDER**
(January 20, 2023)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 20th day

of January, 2023 hereby

**ORDERED** that Plaintiff's [42] "Contested R. 59(e) Motion" is **DENIED**.

**SO ORDERED**.

This is a final appealable order.  *The Clerk of Court is instructed to overnight mail a copy*

*of this Memorandum Opinion and Order to Plaintiff's address of record.*

Date: January 20, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1